**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Tricia Harris** | **Reporter: G. Power** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: M. Johnson** |
| **CARL MINICK** | |
| **counsel: Lisa Peters** | |
| **counsel:** | **Date:   June 5 , 2008** |
| | **CASE NO: 4:02CR00214-01-WRW** |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 10:10 a.m.**                                                                                              **End: 10:33 a.m.**

**Court calls case and reviews to present; deft admits alleged violations; Court finds violations occurred; motion to revoke DENIED; condition of release modified to include Narcotics Anonymous meeting; mental health counseling; home detention w/electronic monitoring for six (6) months;.**

**Court in recess.**