```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

    vs.                     4:02CR00214-01-WRW

CARL EDWARD MINICK

## ORDER

The above entitled cause came on for a hearing on January 27, 2010, the Honorable William R. Wilson, presiding, on the Motion to Revoke the Supervised Release of the defendant, Carl Edward Minick. After reviewing the matter before the Court, the Motion to Revoke is DENIED. Mr. Minick's term of supervised release is modified to add home detention with the use of electronic monitoring for a term of three (3) months; the cost of electronic monitoring will be paid by the U.S. Probation Office. The remaining terms and conditions of supervised release previously ordered remain in full force and effect.

IT IS SO ORDERED this 27th day of January, 2010.

                                               /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE

supvrdny.jdg.wpd