IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                   4:02CR00214-01-WRW

CARL EDWARD MINICK

## ORDER

The Order entered in the above styled matter on January 27, 2010, (doc #69), is amended to clarify that the Supervised Release imposed on Mr. Minick is to terminate on April 5, 2010. Until that time, the terms and conditions of Supervised Release previously ordered remain in full force and effect.

IT IS SO ORDERED this 1st day of February, 2010.

                                                    /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE

supvrdny.jdg.wpd